Cheneise E. Carey, Appellant, v Empire Paratransit Corp. et al., Respondents.

Submitted December 27, 2011; decided February 14, 2012

Reported below, 85 AD3d 520.

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.